**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CRISOFORO GALVAN LOPEZ,**

**Plaintiff,**

**v.**

**NEW KING BUFFET OF JOHN FITCH PLAZA, INC., FENG XU, and XIAOMIN LI,**

**Defendants.**

**C.A. No. ____________________**

# COMPLAINT

## Introduction

1. Plaintiff Crisoforo Galvan Lopez ("Plaintiff" or "Lopez") brings this action to recover minimum wages and overtime pay for work that he performed for Defendants, New King Buffet of John Fitch Plaza, Inc. d/b/a King Buffet, ("King Buffet"), Feng Xu, and Xiaomin Li (collectively referred to herein as "Defendants"). Lopez worked for Defendants between approximately January 2015 and June 2017. Throughout this time period, Defendants regularly and deliberately failed to pay Plaintiff his minimum wages and overtime pay as required by law.

2. Lopez regularly worked approximately 74 hours per week throughout his employment with King Buffet, and he received between $1700.00 and $1800.00 a month for his work. Lopez's earnings fell well below the Massachusetts minimum wage, which for the years 2015 through 2017 was $9, $10, and $11 per hour respectively, as well as below the federal minimum

wage which was $7.25 per hour throughout the relevant time period. Moreover, Defendants never paid Lopez overtime pay ("time-and-a-half") for hours worked over 40 per week.

3. As a result, Lopez brings this action seeking his wages under the Fair Labor Standards Act, the Massachusetts Minimum Wage Act, and other state and federal laws, rules, and regulations.

**Jurisdiction and Venue**

4. This Court's jurisdiction is based on 29 U.S.C. §§§ 206, 207 and 216(b) (Fair Labor Standards Act), 28 U.S.C. §1331 (Federal Question), and 28 U.S.C. § 1367 (Supplemental).

5. Defendants have their principal place of business in this district, and are therefore subject to personal jurisdiction here.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and (c), because Defendants reside in this district and are subject to personal jurisdiction in this district.

**Parties**

7. Plaintiff, Crisoforo Galvan Lopez, is a resident of Passaic, New Jersey, who was employed by Defendants between approximately January 2015 and June 2017.

8. Defendant New King Buffet of John Fitch Plaza, Inc. is a domestic, for-profit corporation organized under the laws of Massachusetts, with its principal place of business located at 488 John Fitch Highway, Fitchburg, Massachusetts, 01420.

9. Defendant Feng Xu is presently, and has been at all times relevant to this Complaint, the President, Treasurer, Secretary and Director of New King Buffet of John Fitch Plaza, Inc. According to Massachusetts Registry of Motor Vehicle records, he currently resides at 287 Boutelle Street, Fitchburg, Massachusetts, 01420.

10. On information and belief, during the relevant time period, Defendant Xiaomin Li managed the daily operations of King Buffett, including managing the restaurant's finances and

distributing wages to employees. On information and belief, Defendant Xiaomin Li currently resides at 287 Boutelle Street, Fitchburg, Massachusetts, 01420.

11. During the relevant time period, King Buffet was an enterprise engaged in interstate commerce under the Fair Labor Standards Act (FLSA) and the regulations interpreting the FLSA.

12. On information and belief, Defendants maintained annual gross sales of at least $500,000 during the relevant time period.

13. Defendants regularly transacted business in this district during the relevant time period.

14. As a result, Defendants were required to compensate Plaintiff in accordance with the requirements imposed on employers by the FLSA and the Massachusetts Minimum Wage Act.

**Factual Allegations**

15. Lopez worked as an employee at King Buffet, a restaurant owned and operated by Defendants.

16. Lopez regularly worked approximately 74 hours per week during his entire employment period, from approximately January 2015 to June 2017.

17. Lopez was paid only a flat monthly salary for all hours that he worked.

18. At the beginning of his employment, Lopez was paid $1700.00 per month. After working for approximately three months, he was paid $1750.00 per month, and approximately a year after he received an initial increase in his monthly wages to $1750.00 per month, he began making $1800.00 per month.

19. Lopez was paid entirely in cash.

**Count One: Fair Labor Standards Act (FLSA)-Minimum Wage**

20. Defendants violated 29 U.S.C. § 206(a)(1)(C) by failing to pay Plaintiff the federal minimum wage of $7.25 an hour.

21. Defendants' violations of 29 U.S.C. § 206(a)(1)(C) were repeated, willful, and intentional.

22. Plaintiff has been damaged by these violations of 29 U.S.C. § 206(a)(1)(C).

23. Pursuant to 29 U.S.C. § 206(a)(1)(C) and § 216(b), Defendants are liable to Plaintiff for the full amount of his unpaid minimum wages, in an amount to be determined at trial, plus an additional equal amount as liquidated damages, plus the costs and reasonable attorneys' fees incurred by Plaintiff in bringing this action.

**Count Two: Fair Labor Standards Act (FLSA)-Overtime**

24. Defendants violated 29 U.S.C. § 207(a) by failing to pay Plaintiff overtime compensation at one-and-a-half times his regular hourly rate for hours worked in excess of 40 hours per week.

25. Defendants' violations of 29 U.S.C. § 207(a) were repeated, willful, and intentional.

26. Plaintiff has been damaged by these violations of 29 U.S.C. § 207(a).

27. Pursuant to 29 U.S.C. § 207(a) and § 216(b), Defendants are liable to Plaintiff for the full amount of his unpaid overtime compensation, in an amount to be determined at trial, plus an additional equal amount as liquidated damages, plus the costs and reasonable attorneys' fees incurred by Plaintiff in bringing this action.

**Count Three: Violation of Massachusetts Minimum Wage Act**

28. Pursuant to M.G.L. c. 151, § 1, employees in Massachusetts were required to be paid a minimum wage of $9.00, $10.00, and $11.00 per hour during the years 2015, 2016, and 2017, respectively.

29. Throughout the relevant time period, Defendants were in violation of the Massachusetts Minimum Wage Act because the wages that they paid Plaintiff averaged less than $9.00, $10.00, and $11.00 per hour for the years 2015, 2016, and 2017, respectively.

30. Plaintiff has been damaged by these violations of M.G.L. c. 151, § 1.

31. Pursuant to M.G.L. c. 151, § 20, Defendants are liable to Plaintiff for the full amount of the minimum wages owed, in an amount to be determined at trial, plus mandatory treble damages, costs, and attorneys' fees.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Determine the damages sustained by Plaintiff as a result of Defendants' violations of minimum wage and overtime compensation laws pursuant to the Fair Labor Standards Act, the Massachusetts Minimum Wage Act, and other federal and state laws, rules, and regulations, and award those damages against Defendants in favor of Plaintiff, plus additional liquidated and treble damages as provided for by law;

B. Award Plaintiff costs of this suit, including, without limitation, reasonable attorneys' fees and costs; and

C. Any other or further relief as the Court may deem just and proper.

PLAINTIFF DEMANDS A JURY TRIAL ON ALL CLAIMS SO TRIABLE.

Crisoforo Galvan Lopez,
By his attorneys,

_/s/Janette A. Ekanem_______
Janette A. Ekanem (BBO #688547)
Audrey R. Richardson (BBO #630782)
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
(617) 603-1708
Jekanem@gbls.org

Dated: February 6, 2018